# EXHIBIT "B"

**SUPERIOR COURT OF CALIFORNIA**
# County of SAN DIEGO

**Register of Actions Notice**

| | | | |
|---|---|---|---|
| Case Number: | 37-2016-00330023-SC-SC-NC | Filing Date: | 05/04/2016 |
| Case Title: | Shawna Derringer vs. Quicken Loans, Inc | Case Age: | 19 days |
| Case Status: | Trial Set | Location: | North County |
| Case Category: | Small Claims | Judicial Officer: | |
| Case Type: | Small Claims | Department: | N-11 |

**Future Events**

| Date | Time | Department | Event |
|---|---|---|---|
| 06/08/2016 | 01:45 PM | N-11 | Small Claims Court Trial - Plaintiff's Claim and Order to go to Small Claims Court |

**Participants**

| Name | Role | Representation |
|---|---|---|
| Derringer, Shawna | Plaintiff | Self-Represented |
| Quicken Loans, Inc | Defendant | |

**Representation**

| Name | Address | Phone Number |
|---|---|---|
| DERRINGER, SHAWNA | 1200 Highbluff Avenue San Marcos CA 92078 | (858) 449-6046 |

| ROA# | Entry Date | Short/Long Entry | Filed By |
|---|---|---|---|
| 1 | 05/04/2016 | Plaintiff's Claim and Order to go to Small Claims Court filed by Derringer, Shawna. Refers to: Quicken Loans, Inc | Derringer, Shawna (Plaintiff) |
| 2 | 05/04/2016 | Case assigned to Department N-11. | |
| 3 | 05/04/2016 | Small Claims Court Trial scheduled for 06/08/2016 at 01:45:00 PM at North County in N-11 . | |
| 4 | 05/04/2016 | Case initiation form printed. | |

**Exhibit B**
**Page 9**