1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  SHAWNA DERRINGER,                    Case No. 16-cv-1228-BAS-WVG

12                          Plaintiff,   **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

13        v.

14  QUICKEN LOANS INC.,

15                          Defendant.

16

17

18        Pending before the Court is the parties' joint motion to extend Defendant's

19  time to answer or otherwise respond to the complaint. (ECF No. 4.) Having reviewed

20  the motion, and good cause appearing, the Court **GRANTS** the motion. *See* Fed. R.

21  Civ. P. 6(b). Accordingly, Defendant shall answer or otherwise respond to the

22  Complaint no later than **June 30, 2016**.

23        **IT IS SO ORDERED.**

24  **DATED:  June 6, 2016**

25

26                                       Hon. Cynthia Bashant
                                         United States District Judge
27

28

– 1 –

16cv1228