1  **McGLINCHEY STAFFORD**
   Brian A. Paino (SBN 251243)
2  Dhruv M. Sharma (SBN 248146)
   18201 Von Karman Avenue, Suite 350
3  Irvine, California 92612
   Telephone:  (949) 381-5900
4  Facsimile:   (949) 271-4040
   Email:      bpaino@mcglinchey.com
5              dsharma@mcglinchey.com

6  Attorneys for *Defendant* **QUICKEN LOANS INC.**

7

8  Shawna Derringer
   1200 High Bluff Ave.
9  San Marcos, California 92078.

10 *Plaintiff in pro per*

11

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14 | SHAWNA DERRINGER, | Case No.: 3:16-cv-01228-BAS-WVG |
15 | Plaintiff, | Hon. District Judge Cynthia Bashant |
   | | Hon. Mag. Judge William V. Gallo |
16 | v. | |
17 | QUICKEN LOANS INC., | **JOINT MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
18 | Defendant. | |
19 | | **Hearing: [No Hearing Required]** |
20 | | |
21 | | Action Filed:  May 4, 2016 |
   | | Trial Date:    NA |
22

23      Pursuant to Local Civil Rule 7.2 and this Court's Standing Order, *plaintiff*
24 Shawna Derringer ("Plaintiff"), *in pro per*, and *defendant* Quicken Loans Inc.
25 ("Quicken Loans"), through its attorneys of record, hereby jointly move the Court for
26 an order dismissing this case *with prejudice* pursuant to Federal Rule of Civil
27 Procedure 41(a)(1)(A)(ii). This motion is made with reference to the following facts:
28 /././

---

721746.1

1

CASE NO. 3:16-CV-01228-BAS-WVG

**JOINT MOTION TO DISMISS COMPLAINT**

1. On May 4, 2016, Plaintiff commenced this action by filing a complaint (the "Complaint") against Quicken Loans in the Superior Court of the State of California for the County of San Diego (the "Action").

2. Quicken Loans removed the Action to this Court on May 23, 2016, and filed an answer to the Complaint on June 30, 2016.

3. Subsequently, the Parties were able to resolve all issues raised in the Complaint and therefore desire to dismiss the Action. The Parties agree that they shall bear their own fees and costs, including all attorneys' fees, incurred in connection with the Action.

Based upon the foregoing, the Parties respectfully request that the Court:

1. Dismiss the Action *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. Vacate all future hearing dates in the Action.

DATED: 7/20/16

By: /s/ Shawna Derringer
SHAWNA DERRINGER
*Plaintiff in pro per*

DATED: 7/21/16

McGLINCHEY STAFFORD

By: _____
DHRUV M. SHARMA
BRIAN A. PAINO
Attorneys for *Defendant* **QUICKEN LOANS INC.**

2    CASE NO. 3:16-CV-01228-BAS-WVG
JOINT MOTION TO DISMISS COMPLAINT

721746.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF ORANGE** )

I, Carol Rico, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On July 21, 2016, I served the document(s) described as: **JOINT MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** as follows:

☐ **BY MAIL**: As follows:

  ☐ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☒ **BY EMAIL SERVICE** as follows: By email or electronic transmission: Based on any agreement between the parties and/or as a courtesy, I sent the document(s) to the person(s) at the email address(es) listed on the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on July 21, 2016, at Irvine, California.

_____
Carol Rico

682013.1

**SERVICE LIST**
USDC, Southern District Case No. 3:16-cv-01228-BAS-WVG
SHAWNA DERRINGER v. QUICKEN LOANS, INC., et al.
File # 102369.0045

Shawna Derringer
1200 High Bluff Avenue
San Marcos, CA  92078

(Via Email – Return Receipt Requested)
(Via Federal Express)

Plaintiff, **In Pro Per**

Tel.: (858) 449-6046
Email:  sderringer@gmail.com
            disputeresolutions@outlook.com

682013.1