# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA DERRINGER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>QUICKEN LOANS INC.,<br><br>　　　　　　　　　Defendant. | Case No. 16-cv-1228-BAS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Presently before the Court is the parties' joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 10.) Having reviewed the motion, and noting that all parties have stipulated to the dismissal, the Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: July 28, 2016**

　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge